Case 1:01-cv-00749-SHR-KH    Document 1    Filed 04/30/2001    Page 1 of 11



FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS
COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

*******************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

    1)     the average monthly deposits to your prison account for the past six months; or

    2)     the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

*******************************************************************

    1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

    2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _X_

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DS 8353
(Inmate Number)

Michael J Potopowicz
(Name of Plaintiff)

PO Box A Bellefonte PA 16823
(Address of Plaintiff)

Michael J Potopowicz

vs.

Mr Wheeler

Dr Walmar

Robert W Meyers
(Names of Defendants)

1 : CV01-0749
(Case Number)

COMPLAINT

FILED
SCRANTON

APR 3 0 2001

PER _____
DEPUTY CLERK

TO BE FILED UNDER: _X_ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

  A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: NONE

II. Exhaustion of Administrative Remedies

  A. Is there a grievance procedure available at your institution?
     _X_ Yes ___ No

  B. Have you filed a grievance concerning the facts relating to this complaint?
     _X_ Yes ___ No

     If your answer is no, explain why not _____

  C. Is the grievance process completed? _X_ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant MR Wheeler is employed as Phycoligist at SCI Rockview

B. Additional defendants DR Walman (Head Phycoligist) Robert W Meyers (Warden)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. See attached

2.

3.

2

1.

# Mr Wheeler (Phycoligist)

1. In Oct. 99 I was given a Hit by The Pa Parole dept for reasons related to a 10 year old sex assault case. In the pre sentance report made by Avenel Diagnostic Center located at 8 Production way Avenel NJ 07001 it Cleanley stated I was not able to be charged as a sex offender and that No further evaluations or treatment is necessiary or needed. Since then no further cases or sex related charges even occured it was a 3 year age difference and there was no victom, The person involved was a girlfriend not a random person, since SCI Rockview seen the charge on my record They investigated and came up with the Avenel Center Report and it said what I quoted in this case. Knowing These facts and having the records to prove what I say is True. Mr Wheelen Took it upon himself to make his own Judgement Concerning this case and deliberatley went against the records, and has forced me to under go a Sex Treatment Program I do not need and is unnecessiary. Also as far as this 10 yr old case is concerned if there was a reason (wich there is not) that I should do treatment to make parole my records would have stated a reason for doing so. My Attourney Richard M Keil of 220 Monmouth Rd Oakhurst NJ 07755 has sent Letters to This prison and

2.

all staff involved that if they kept going against my records (evaluation(s)) from avenel center that they would be violating my civil rights and if I wasent cured by avenels standard (wich I am) I wouldnt have been released. and would have had to do treatment 10 years ago when this charge occured. I am here in SCI Rockview for a (<u>non violent</u> <u>no accident, victoms, or property damage</u> <u>unrelated DUI</u> and a <u>unrelated non violent resisting arrest</u>.) 2 seperate charges on 2 seperate dates (consecutive sentance of 1 to 4 years in prison) I was sentanced on 8-27-98 <u>No New Sex Charges</u>! So Mr Wheelen knowing theese facts deliberetley filed his own evaluation against my 10 year old previous evaluation. Wich based on his information has caused 2 1year parole hits in a Row and is forcing a max out. When Mr Wheelen was advised of what he was doing was wrong and a possiable civil rights violation and a possiable law suit his remark was ("go ahead and sue its not my money you will get its the tax payers. and I can do whatever I want I can hold any man in prison at will for any reason and parole will go by what I say eventhough your records are correct in what you say") I also will still have my job no matter what you do. I am a powerful man and wont be terminated! Dr Walman will

support My Recomondations and Evaluations and Theres nothing you can do about it, you have 2 choices Mr Potopowicz 1. You can Max out in the sex program since you do not have enough Time to complete it because it takes years, OR Max out without The sex program your choice. you will never Make parole in PA No Matter what you do PA is not NJ We can do what we want with any case or any man eventhough your Records say you were not found to be able to be charged as a sex offender and no further Evaluations or Treatment is necessary or needed

2. Dr Walmar (Head Phycologist)
for agreeing with Mr Wheeler knowing The True facts of My Records and is wrong for holding me in prison for 4 years on a 1 to 4 yr Sentance for a non violent Un Related OUI and seprate case unrelated to the OUI of Resisting arrest wich was questionable The avenel Diagnostic Center Report cleared me of sex programs and Treatment including any further Evaluetions for a 10 yr old Un Related sex assault, This Institution Knows The avenel Report is Credible, No one has the power to change what is written in it but The Center wich will stick to its own Report, and back up Thene staff who wrote the reports, and The judge who resided on the case 10 years ago. If there was a problem and if I had to do Treatment in any shape or form My evaluations from avenel would have said so

and would have made it perfectly clear that I was a risk when I am not. And I would have had to do treatment 10 years ago about this situation. The prison cannot just make up excuses to force someone in a sex program to get parole (if like I have said in this case) knowing theres not a problem with me and my official court and Diagnostic center records this should be an open + shut case no questions asked as it states in my records. All information contained in the reports by Avenel Center as well as the pre sentance report is credible and true as I have stated.

3. Robert W Meyers (Warden)

for denying my appeal and siding with Dr Walman + Mr Wheeler, also knowing the letters sent to him and his staff by my attourney Richard M Keil also stating my case to this court about what I have quoted in this statement. Prison officials do not have legal athority to alter any official records and they are suposed to abide by whats written in them not make up things as they seem fit to do, only the Judge can do that not SCI Rockview staff

4, Camphill Office of Inmate Grievances and appeals
    for denying my final appeal on my Grievance process and siding with SCI Rockview Staff not Reviewing the original Reports from avenel center and only going by what the Grievance Responces were, and not doing a Thoro Investigation to have me released on parole and letting parole believe only what the staff says and not the credibility of my Records by avenel also finding me guilty of a failing to Regester charge in NJ before I even went to court about it and parole saying that charge causes great concern before I was ever found guilty or took any plea bargen, wich was clearley stated on my green sheet. The last time I seen parole with no conviction logged on my Record just the arrest. Wich should be illegal my Rights say your innocent til proven guilty in a court of law, parole has no athority to take the law in its own hands and convict someone without a court saying so they had no Right to print ("your failing to Regester causes great concern") on my green sheet without a conviction, denying me parole because of an untried case.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Injunctive Relief Expungement so I can never be harrassed by This again, and to besure This doesent happen again in the future My records Support Expungement

2. Punative Damages for being denied Parole and for being forced to Max out, Heavy Personal Losses, and family suffering, for Me being absent in there lives

3. Compensation for being forced to Max out Lost wages, holding up My Career, Causing heavy debt and Personal losses That wouldnt have occured if This was handeled right

Signed this  17th  day of  april ,  2001.

_Michael J Potoxomicz_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4-17-2001
(Date)

_Michael J Potoxomicz_
(Signature of Plaintiff)