IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1:CV01-0749

Michael J Potopowicz

**Name of Plaintiff(s)**

v.

Mr Wheeler
Dr Walmar
Robert W Meyens
Pa Parole Board

**Name of Defendant(s)**

Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
APR 3 0 2001
PER_____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __X__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing f and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __X__ I have enclosed an executed Authorization form which authoriz the Institution holding me in custody to transmit to the Cler a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whi a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim up which relief may be granted?    Yes ____    No __X__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ___ No X

(b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes X No ~~X~~

If the answer is "yes" to any of the above, describe each source and the amount involved.

I own a 1971 2 bdroom Mobil Home Ware my fieoncee + son Live

_____

_____

I certify under penalty of perjury that the foregoing is true and correct

Executed on 4-17-2001
(Date)

Michael J. Patrpowicz
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.