FILED
SCRANTON

APR 3 0 2001

PER [signature]
DEPUTY CLERK

# AUTHORIZATION

(Prisoner's Account Only)

1 : CV 01-0749 Case No. ____

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED
SCRANTON

APR 2 3 2001

PER [signature]
CLERK

I, Michael J Potoczniewicz, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4-17-, 2001

[signature]
Signature of Prisoner

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 8:14

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM PURGE FILE

RUN IAS365
DATE 4/18/2001
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J | 55.85 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9010 | 10-02-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 45.00 |
| 8277 | 10-03-2000 | 32 | ROC COMMISSARY FOR 10/03/2000 | | -44.79 | .21 |
| 1175 | 10-11-2000 | 37 | POSTAGE OCTOBER | | -.54 | -.33 |
| 1186 | 10-12-2000 | 37 | POSTAGE OCTOBER | | -.81 | -1.14 |
| 1196 | 10-13-2000 | 37 | POSTAGE OCTOBER | | -.81 | -1.95 |
| 1209 | 10-16-2000 | 10 | MAINTENANCE PAYROLL WAGES - SEPTEMBER 2000 | | 14.40 | 12.45 |
| 8291 | 10-17-2000 | 32 | ROC COMMISSARY FOR 10/17/2000 | | -12.12 | .33 |
| 1228 | 10-18-2000 | 37 | POSTAGE OCTOBER | | -3.20 | -2.87 |
| 1242 | 10-19-2000 | 13 | PERSONAL GIFT FROM DENNIS POTOPOWICZ | #888002 | 50.00 | 47.13 |
| 8298 | 10-24-2000 | 32 | ROC COMMISSARY FOR 10/24/2000 | | -30.33 | 16.80 |
| 1341 | 10-31-2000 | 36 | PRINTED MATERIALS RURAL PROPERTY BULLETIN | | -16.00 | .80 |
| 1349 | 11-01-2000 | 41 | MEDICAL CO-PAY (10-30-00) | | -6.00 | -5.20 |
| 9011 | 11-02-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | -16.05 |
| 1390 | 11-07-2000 | 13 | PERSONAL GIFT FROM DENNIS POTOPOWICZ | #892568 | 50.00 | 33.95 |
| 1419 | 11-13-2000 | 10 | MAINTENANCE PAYROLL WAGES (OCTOBER) | | 15.12 | 49.07 |
| 1422 | 11-14-2000 | 37 | POSTAGE NOVEMBER | | -2.75 | 46.32 |
| 8319 | 11-14-2000 | 32 | ROC COMMISSARY FOR 11/14/2000 | | -30.54 | 15.78 |
| 1452 | 11-16-2000 | 37 | POSTAGE NOVEMBER | | -16.47 | -.69 |
| 1515 | 11-27-2000 | 13 | PERSONAL GIFT FROM DENNIS POTOPOWICZ | #880658 | 50.00 | 49.31 |
| 8333 | 11-28-2000 | 32 | ROC COMMISSARY FOR 11/28/2000 | | -48.67 | .64 |
| 9012 | 12-04-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | -10.21 |
| 1617 | 12-11-2000 | 13 | PERSONAL GIFT FROM POTPOWICZ, D | #E652587 | 50.00 | 39.79 |

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 4/18/2001
REMOTE PRINT TIME 8:14 — FROM PURGE FILE — PAGE 2

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1621 | 12-11-2000 | 10 | MAINTENANCE PAYROLL WAGES - NOVEMBER 2000 | 13.68 | 53.47 |
| 8347 | 12-12-2000 | 32 | ROC COMMISSARY FOR 12/12/2000 | -48.55 | 4.92 |
| 8354 | 12-19-2000 | 32 | ROC COMMISSARY FOR 12/19/2000 | -2.58 | 2.34 |
| 1728 | 12-27-2000 | 41 | MEDICAL CO-PAY 12-22-00 | -4.00 | -1.66 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -.10 | -1.76 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -1.20 | -2.96 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -1.10 | -4.06 |

BALANCE AFTER THESE TRANSACTIONS------> -4.06

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 8:14

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM ACTIVE FILE

RUN IAS365
DATE 4/18/2001
PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J | -4.06 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9101 | 01-04-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | -14.91 |
| 1809 | 01-08-2001 | 13 | PERSONAL GIFT FROM POTOPOWICZ, DENNIS #E894888 | 50.00 | 35.09 |
| 8009 | 01-09-2001 | 32 | ROC COMMISSARY FOR 1/09/2001 | -27.79 | 7.30 |
| 1855 | 01-16-2001 | 37 | POSTAGE JANUARY | -11.05 | -3.75 |
| 1859 | 01-16-2001 | 10 | MAINTENANCE PAYROLL DECEMBER WAGE 2000 | 17.40 | 13.65 |
| 9102 | 02-01-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 2.80 |
| 2066 | 02-12-2001 | 10 | MAINTENANCE PAYROLL JANUARY 2001 WAGES | 8.76 | 11.56 |
| 9103 | 03-01-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | .71 |
| 9104 | 04-02-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | -10.14 |
| 2452 | 04-05-2001 | 37 | POSTAGE APRIL | -3.81 | -13.95 |
| 2494 | 04-11-2001 | 13 | PERSONAL GIFT FROM POTOPOWICZ, D #F309817 | 50.00 | 36.05 |
| 2516 | 04-12-2001 | 36 | PRINTED MATERIALS OWNER | -2.00 | 34.05 |
| 8106 | 04-16-2001 | 32 | ROC COMMISSARY FOR 4/17/2001 | -25.84 | 8.21 |
| 8107 | 04-17-2001 | 32 | ROC COMMISSARY FOR 4/17/2001 | -3.81 | 4.40 |

BALANCE AFTER THESE TRANSACTIONS------> 4.40

April 18, 2001

Earl Walker
Earl Walker, Clerical Supervisor 2
Inmate Acctg., SCI Rockview