AFFIDAVIT

6
5/10/01
TS

COMMONWEALTH OF PENNSYLVANIA :

:

COUNTY OF Centre : CIVIL ACTION NO. 1:01-CV-00749

RAMBO/M.S.

I, Francis M. Dougherty being duly sworn, depose and say:

(1) I am employed as Business Manager at SCI - Rockview. I have served in that capacity since December 22, 19 91.

(2) The plaintiff, MICHAEL J. POTOPOWICZ Reg. No. DS-8353 is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

a. Prison account

1. Present balance: $ 56.53
2. Total amount of deposits during six months preceding the filing of the complaint: $ 409.26
3. Average monthly balance: $ 8.17
4. Average monthly deposits: $ 68.21

b. Employment

1. Institution employment: $ 37.56
2. Average monthly deposits: $ 6.26

c. Other resources:

PERSONAL GIFTS, REFUNDS

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

Francis M. Dougherty

Francis M. Dougherty, Business Manager

FILED
SCRANTON

MAY 1 0 2001

PER ______
DEPUTY CLERK

# MICHAEL J. POTOPOWICZ, DS-8353

AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/00 | $ (16.05) | 12/5/00 | $ (10.21) | 1/5/01 | $ (14.91) | 2/5/01 | $ 2.80 | 3/5/01 | $ 0.71 | 4/5/01 | $ (13.95) | |
| 11/6/00 | (16.05) | 12/6/00 | $ (10.21) | 1/6/01 | $ (14.91) | 2/6/01 | $ 2.80 | 3/6/01 | $ 0.71 | 4/6/01 | $ (13.95) | |
| 11/7/00 | 33.95 | 12/7/00 | $ (10.21) | 1/7/01 | $ (14.91) | 2/7/01 | $ 2.80 | 3/7/01 | $ 0.71 | 4/7/01 | $ (13.95) | |
| 11/8/00 | 33.95 | 12/8/00 | $ (10.21) | 1/8/01 | 35.09 | 2/8/01 | $ 2.80 | 3/8/01 | $ 0.71 | 4/8/01 | $ (13.95) | |
| 11/9/00 | 33.95 | 12/9/00 | $ (10.21) | 1/9/01 | 7.30 | 2/9/01 | $ 2.80 | 3/9/01 | $ 0.71 | 4/9/01 | $ (13.95) | |
| 11/10/00 | 33.95 | 12/10/00 | $ (10.21) | 1/10/01 | 7.30 | 2/10/01 | $ 2.80 | 3/10/01 | $ 0.71 | 4/10/01 | $ (13.95) | |
| 11/11/00 | 33.95 | 12/11/00 | $ 53.47 | 1/11/01 | 7.30 | 2/11/01 | $ 2.80 | 3/11/01 | $ 0.71 | 4/11/01 | $ 36.05 | |
| 11/12/00 | 33.95 | 12/12/00 | 4.92 | 1/12/01 | 7.30 | 2/12/01 | $ 11.56 | 3/12/01 | $ 0.71 | 4/12/01 | 34.05 | |
| 11/13/00 | 49.07 | 12/13/00 | 4.92 | 1/13/01 | 7.30 | 2/13/01 | $ 11.56 | 3/13/01 | $ 0.71 | 4/13/01 | 34.05 | |
| 11/14/00 | 15.78 | 12/14/00 | 4.92 | 1/14/01 | 7.30 | 2/14/01 | $ 11.56 | 3/14/01 | $ 0.71 | 4/14/01 | 34.05 | |
| 11/15/00 | 15.78 | 12/15/00 | 4.92 | 1/15/01 | 7.30 | 2/15/01 | $ 11.56 | 3/15/01 | $ 0.71 | 4/15/01 | 34.05 | |
| 11/16/00 | (0.69) | 12/16/00 | 4.92 | 1/16/01 | 13.65 | 2/16/01 | $ 11.56 | 3/16/01 | $ 0.71 | 4/16/01 | 8.21 | |
| 11/17/00 | (0.69) | 12/17/00 | 4.92 | 1/17/01 | 13.65 | 2/17/01 | $ 11.56 | 3/17/01 | $ 0.71 | 4/17/01 | 4.40 | |
| 11/18/00 | (0.69) | 12/18/00 | 4.92 | 1/18/01 | 13.65 | 2/18/01 | $ 11.56 | 3/18/01 | $ 0.71 | 4/18/01 | 4.40 | |
| 11/19/00 | (0.69) | 12/19/00 | 2.34 | 1/19/01 | 13.65 | 2/19/01 | $ 11.56 | 3/19/01 | $ 0.71 | 4/19/01 | 0.11 | |
| 11/20/00 | (0.69) | 12/20/00 | 2.34 | 1/20/01 | 13.65 | 2/20/01 | $ 11.56 | 3/20/01 | $ 0.71 | 4/20/01 | 0.11 | |
| 11/21/00 | (0.69) | 12/21/00 | 2.34 | 1/21/01 | 13.65 | 2/21/01 | $ 11.56 | 3/21/01 | $ 0.71 | 4/21/01 | 0.11 | |
| 11/22/00 | (0.69) | 12/22/00 | 2.34 | 1/22/01 | 13.65 | 2/22/01 | $ 11.56 | 3/22/01 | $ 0.71 | 4/22/01 | 0.11 | |
| 11/23/00 | (0.69) | 12/23/00 | 2.34 | 1/23/01 | 13.65 | 2/23/01 | $ 11.56 | 3/23/01 | $ 0.71 | 4/23/01 | 0.11 | |
| 11/24/00 | (0.69) | 12/24/00 | 2.34 | 1/24/01 | 13.65 | 2/24/01 | $ 11.56 | 3/24/01 | $ 0.71 | 4/24/01 | 0.11 | |
| 11/25/00 | (0.69) | 12/25/00 | 2.34 | 1/25/01 | 13.65 | 2/25/01 | $ 11.56 | 3/25/01 | $ 0.71 | 4/25/01 | 0.11 | |
| 11/26/00 | (0.69) | 12/26/00 | 2.34 | 1/26/01 | 13.65 | 2/26/01 | $ 11.56 | 3/26/01 | $ 0.71 | 4/26/01 | 0.11 | |
| 11/27/00 | 49.31 | 12/27/00 | (4.06) | 1/27/01 | 13.65 | 2/27/01 | $ 11.56 | 3/27/01 | $ 0.71 | 4/27/01 | 100.11 | |
| 11/28/00 | 0.64 | 12/28/00 | (4.06) | 1/28/01 | 13.65 | 2/28/01 | $ 11.56 | 3/28/01 | $ 0.71 | 4/28/01 | 100.11 | |
| 11/29/00 | 0.64 | 12/29/00 | (4.06) | 1/29/01 | 13.65 | 3/1/01 | $ 0.71 | 3/29/01 | $ 0.71 | 4/29/01 | 100.11 | |
| 11/30/00 | 0.64 | 12/30/00 | (4.06) | 1/30/01 | 13.65 | 3/2/01 | $ 0.71 | 3/30/01 | $ 0.71 | 4/30/01 | 100.11 | |
| 12/1/00 | 0.64 | 12/31/00 | (4.06) | 1/31/01 | 13.65 | 3/3/01 | $ 0.71 | 3/31/01 | $ 0.71 | 5/1/01 | 75.77 | |
| 12/2/00 | 0.64 | 1/1/01 | (4.06) | 2/1/01 | 2.80 | 3/4/01 | $ 0.71 | 4/1/01 | $ 0.71 | 5/2/01 | 75.77 | |
| 12/3/00 | 0.64 | 1/2/01 | (4.06) | 2/2/01 | 2.80 | | - | 4/2/01 | (10.14) | 5/3/01 | 39.98 | |
| 12/4/00 | (10.21) | 1/3/01 | (4.06) | 2/3/01 | 2.80 | | - | 4/3/01 | (10.14) | 5/4/01 | 56.53 | |
| | - | 1/4/01 | (14.91) | 2/4/01 | 2.80 | | - | 4/4/01 | (10.14) | | - | |
| AVG | $ 9.28 | | $ (0.07) | | $ 8.74 | | $ 7.06 | | $ (0.34) | | $ 24.35 | $ 8.17 |
| | | | | | | | | | | | | 8.1718817 |

# MICHAEL J. POTOPOWICZ, DS-8353

AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 11/7/00 | $ - | $ 50.00 | $ 50.00 |
| 11/13/00 | 15.12 | - | 15.12 |
| 11/27/00 | - | 50.00 | 50.00 |
| 12/11/01 | 13.68 | 50.00 | 63.68 |
| 1/8/01 | - | 50.00 | 50.00 |
| 2/12/01 | 8.76 | | 8.76 |
| 4/11/01 | | 50.00 | 50.00 |
| 4/27/01 | | 100.00 | 100.00 |
| 5/4/01 | - | 21.70 | 21.70 |
| | - | - | - |
| TOTALS | $ 37.56 | $ 371.70 | $ 409.26 |
| AVG | $ 6.26 | | $ 68.21 |

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 5/04/2001
REMOTE PRINT TIME 10:37 — FROM PURGE FILE — PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J | 55.85 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9010 | 10-02-2000 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | | -10.85 | 45.00 |
| 8277 | 10-03-2000 | 32 | ROC COMMISSARY<br>FOR 10/03/2000 | | -44.79 | .21 |
| 1175 | 10-11-2000 | 37 | POSTAGE<br>OCTOBER | | -.54 | -.33 |
| 1186 | 10-12-2000 | 37 | POSTAGE<br>OCTOBER | | -.81 | -1.14 |
| 1196 | 10-13-2000 | 37 | POSTAGE<br>OCTOBER | | -.81 | -1.95 |
| 1209 | 10-16-2000 | 10 | MAINTENANCE PAYROLL<br>WAGES - SEPTEMBER 2000 | | 14.40 | 12.45 |
| 8291 | 10-17-2000 | 32 | ROC COMMISSARY<br>FOR 10/17/2000 | | -12.12 | .33 |
| 1228 | 10-18-2000 | 37 | POSTAGE<br>OCTOBER | | -3.20 | -2.87 |
| 1242 | 10-19-2000 | 13 | PERSONAL GIFT FROM<br>DENNIS POTOPOWICZ | #888002 | 50.00 | 47.13 |
| 8298 | 10-24-2000 | 32 | ROC COMMISSARY<br>FOR 10/24/2000 | | -30.33 | 16.80 |
| 1341 | 10-31-2000 | 36 | PRINTED MATERIALS<br>RURAL PROPERTY BULLETIN | | -16.00 | .80 |
| 1349 | 11-01-2000 | 41 | MEDICAL<br>CO-PAY (10-30-00) | | -6.00 | -5.20 |
| 9011 | 11-02-2000 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | | -10.85 | -16.05 |
| 1390 | 11-07-2000 | 13 | PERSONAL GIFT FROM<br>DENNIS POTOPOWICZ | #892568 | 50.00 | 33.95 |
| 1419 | 11-13-2000 | 10 | MAINTENANCE PAYROLL<br>WAGES (OCTOBER) | | 15.12 | 49.07 |
| 1422 | 11-14-2000 | 37 | POSTAGE<br>NOVEMBER | | -2.75 | 46.32 |
| 8319 | 11-14-2000 | 32 | ROC COMMISSARY<br>FOR 11/14/2000 | | -30.54 | 15.78 |
| 1452 | 11-16-2000 | 37 | POSTAGE<br>NOVEMBER | | -16.47 | -.69 |
| 1515 | 11-27-2000 | 13 | PERSONAL GIFT FROM<br>DENNIS POTOPOWICZ | #880658 | 50.00 | 49.31 |
| 8333 | 11-28-2000 | 32 | ROC COMMISSARY<br>FOR 11/28/2000 | | -48.67 | .64 |
| 9012 | 12-04-2000 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | | -10.85 | -10.21 |
| 1617 | 12-11-2000 | 13 | PERSONAL GIFT FROM<br>POTPOWICZ, D | #E652587 | 50.00 | 39.79 |

PA DEPT. OF CORRECTIONS INMATE ACCOUNTS SYSTEM RUN IAS365
BUREAU OF COMPUTER SERVICES PARTIAL ACCOUNT LISTING DATE 5/04/2001
REMOTE PRINT TIME 10:37 FROM PURGE FILE PAGE 2

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1621 | 12-11-2000 | 10 | MAINTENANCE PAYROLL WAGES - NOVEMBER 2000 | 13.68 | 53.47 |
| 8347 | 12-12-2000 | 32 | ROC COMMISSARY FOR 12/12/2000 | -48.55 | 4.92 |
| 8354 | 12-19-2000 | 32 | ROC COMMISSARY FOR 12/19/2000 | -2.58 | 2.34 |
| 1728 | 12-27-2000 | 41 | MEDICAL CO-PAY 12-22-00 | -4.00 | -1.66 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -.10 | -1.76 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -1.20 | -2.96 |
| 1742 | 12-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - DECEMBER | -1.10 | -4.06 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | -4.06 |

PA DEPT. OF CORRECTIONS — INMATE ACCOUNTS SYSTEM — RUN IAS365
BUREAU OF COMPUTER SERVICES — PARTIAL ACCOUNT LISTING — DATE 5/04/2001
REMOTE PRINT TIME 10:37 — FROM ACTIVE FILE — PAGE 1

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J | -4.06 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9101 | 01-04-2001 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | -10.85 | -14.91 |
| 1809 | 01-08-2001 | 13 | PERSONAL GIFT FROM<br>POTOPOWICZ, DENNIS #E894888 | 50.00 | 35.09 |
| 8009 | 01-09-2001 | 32 | ROC COMMISSARY<br>FOR 1/09/2001 | -27.79 | 7.30 |
| 1855 | 01-16-2001 | 37 | POSTAGE<br>JANUARY | -11.05 | -3.75 |
| 1859 | 01-16-2001 | 10 | MAINTENANCE PAYROLL<br>DECEMBER WAGE 2000 | 17.40 | 13.65 |
| 9102 | 02-01-2001 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | -10.85 | 2.80 |
| 2066 | 02-12-2001 | 10 | MAINTENANCE PAYROLL<br>JANUARY 2001 WAGES | 8.76 | 11.56 |
| 9103 | 03-01-2001 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | -10.85 | .71 |
| 9104 | 04-02-2001 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | -10.85 | -10.14 |
| 2452 | 04-05-2001 | 37 | POSTAGE<br>APRIL | -3.81 | -13.95 |
| 2494 | 04-11-2001 | 13 | PERSONAL GIFT FROM<br>POTOPOWICZ, D #F309817 | 50.00 | 36.05 |
| 2516 | 04-12-2001 | 36 | PRINTED MATERIALS<br>OWNER | -2.00 | 34.05 |
| 8106 | 04-16-2001 | 32 | ROC COMMISSARY<br>FOR 4/17/2001 | -25.84 | 8.21 |
| 8107 | 04-17-2001 | 32 | ROC COMMISSARY<br>FOR 4/17/2001 | -3.81 | 4.40 |
| 2556 | 04-19-2001 | 37 | POSTAGE<br>APRIL | -1.39 | 3.01 |
| 2557 | 04-19-2001 | 38 | INSIDE PURCHASES<br>LIBRARY COPIES - APRIL | -2.90 | .11 |
| 2608 | 04-27-2001 | 13 | PERSONAL GIFT FROM<br>POTOPOWICZ, DENNIS #F086632 | 100.00 | 100.11 |
| 8121 | 05-01-2001 | 32 | ROC COMMISSARY<br>FOR 5/02/2001 | -24.34 | 75.77 |
| 2660 | 05-03-2001 | 36 | PRINTED MATERIALS<br>JC WHITNEY | -24.94 | 50.83 |
| 9105 | 05-03-2001 | 34 | RADIO/TV<br>BASIC CABLE TV AND HBO | -10.85 | 39.98 |
| 2661 | 05-04-2001 | 37 | POSTAGE<br>MAY | -5.15 | 34.83 |
| 2665 | 05-04-2001 | 14 | MISCELLANEOUS<br>REFUND FEBRUARY CABLE SERVICE | 10.85 | 45.68 |

PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES
REMOTE PRINT TIME 10:37

INMATE ACCOUNTS SYSTEM
PARTIAL ACCOUNT LISTING
FROM ACTIVE FILE

RUN IAS365
DATE 5/04/2001
PAGE 2

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DS8353 | POTOPOWICZ | MICHAEL | J |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 2665 | 05-04-2001 | 14 | MISCELLANEOUS | | |
| | | | REFUND MARCH CABLE SERVICE | 10.85 | 56.53 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | 56.53 |

State Correctional Institution
RECEIVED
MAY 04 2001
at Rockview
Superintendent's Office

(6)
RP
5-1-01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Civil Action No. 1:01-cv-00749

Inmate: Michael J. Potopowicz :

ID Number: DS 8353 :

FILED
SCRANTON

MAY 01 2001

PER [signature]
DEPUTY CLERK

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: MARY E. D'ANDREA /KK.
Deputy Clerk

DATE: May 1, 2001