⑦ dm
5-15-01

1:01-CV-749

```
Thu May 10 13:11:55 2001

    UNITED STATES DISTRICT COURT

      SCRANTON      , PA

Receipt No.   333 83642
Cashier       rich

Tender Type  CHECK

Check Number: 44557

Transaction Type   AR

DØ Code    Div No      Acct
 4667         3        5100PL

Amount            $     13.64

MICHAEL POTOPOWICZ    SCI-ROCKVIEW
BELLEFONTE, PA 16823-0820

PARTIAL FILING FEE - CV-01-0749



 bn
Thu May 10 13:11:55 2001

Check No. 44557
Amount$   13.64
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

MAY 15 2001

PER _____dm_____
        DEPUTY CLERK