05/23/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| ************ | ******** | ****** | ******** | *** | ************ |
| 8030022510l. | 05/22/01 | 6855XX | 3:01-OP-1 | 1 | -73.41 |
| 80300225102. | 05/22/01 | 5100PL | | 0 | 27.88 |
| 80300225103. | 05/22/01 | 5100PL | | 0 | 5.47 |
| 80300225104. | 05/22/01 | 0869PL | | 0 | 20.00 |
| 8030022510S. | 05/22/01 | 5100PL | | 0 | 0.56 |
| 8030022510G. | 05/22/01 | 5100PL | | 0 | 0.44 |
| 8030022510?. | 05/22/01 | 5100PL | | 0 | 4.88 |
| 8030022510B. | 05/22/01 | 5100PL | | 0 | 4.34 |
| 8030022510S. | 05/22/01 | 0869PL | | 0 | 6.96 |
| 8030022520l. | 05/22/01 | 6855XX | | 0 | 2.88 |
| 8030022520Z. | 05/22/01 | 0869PL | 3:01-OP-1 | 0 | -150.65 |
| 8030022520J. | 05/22/01 | 5100PL | | 0 | 3.02 |
| 8030022520C. | 05/22/01 | 5100PL | | 0 | 1.51 |
| 8030022520S. | 05/22/01 | 0869PL | | 0 | 19.62 |
| 8030022520G. | 05/22/01 | 5100PL | | 0 | 7.92 |
| 8030022520?. | 05/22/01 | 5100PL | | 0 | 14.11 |
| 8030022520B. | 05/22/01 | 5100PL | | 0 | 11.47 |
| 8030022520S. | 05/22/01 | 0869PL | | 0 | 3.02 |
| 8030022521G. | 05/22/01 | 5100PL | | 0 | 10.88 |
| 8030022521l. | 05/22/01 | 0869PL | | 0 | 11.33 |
| 8030022521Z. | 05/22/01 | 5100PL | | 0 | 7.85 |
| 8030022521J. | 05/22/01 | 0869PL | | 0 | 2.15 |
| 8030022521C. | 05/22/01 | 5100PL | | 0 | 3.02 |
| 8030022521S. | 05/22/01 | 0869PL | | 0 | 3.84 |
| 8030022521G. | 05/22/01 | 6855XX | 3:01-OP-1 | 1 | 47.89 |
| 8030022530l. | 05/22/01 | 0869PL | | 0 | -80.61 |
| 8030022530Z. | 05/22/01 | 5100PL | | 0 | 7.31 |
| 8030022530J. | 05/22/01 | 5100PL | | 0 | 4.82 |
| 8030022530C. | 05/22/01 | 0869PL | | 0 | 5.88 |
| 8030022530S. | 05/22/01 | 5100PL | | 0 | 3.83 |
| 8030022530G. | 05/22/01 | 5100PL | | 0 | 6.33 |
| 8030022530?. | 05/22/01 | 5100PL | | 0 | 6.76 |
| 8030022530B. | 05/22/01 | 0869PL | | 0 | 15.00 |
| 8030022530S. | 05/22/01 | 5100PL | 3:01-OP-1 | 1 | 26.00 |
| 8030022540l. | 05/22/01 | 6855XX | | 0 | 4.68 |
| 8030022540Z. | 05/22/01 | 0869PL | | 0 | -30.54 |
| 8030022540J. | 05/22/01 | 5100PL | | 0 | 15.00 |
| 8030022540C. | 05/22/01 | 5100PL | | 0 | 7.89 |
| 8030022540S. | 05/22/01 | 5100PL | 3:01-PB-1 | 0 | 4.00 |
| 8030022550l. | 05/22/01 | 6855XX | 3:01-OP-1 | 1 | 3.65 |
| 8030022550Z. | 05/22/01 | 5100PL | | 0 | -25.00 |
| 8030022550J. | 05/22/01 | 5100PL | | 0 | 25.00 |
| 8030022560l. | 05/22/01 | 5100000 | | 0 | -90.00 |
| 8030022560Z. | 05/22/01 | 086900 | | 0 | -60.00 |
| 8030022560J. | 05/22/01 | 5100PL | | SCRANTON | -60.00 |
| 8030022560C. | 05/22/01 | 0869PL | | | 90.00 |
|  |  |  |  | DIVISION TOTAL | 60.00 |
|  |  |  |  |  | 0.00 |

Handwritten notes: "5/24/01", "T2252-14", "$3.02", "1:01-749", "propoc w/cz"

FILED
SCRANTON
MAY 2 4 2001