SCANNING

⑨
PG
6/20/01

06/19/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                            1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | | SCRANTON | |
| 80300228301. | 06/18/01 | 6855XX | 3:01-OP-1 | 1 | -133.01 |
| 80300228302. | 06/18/01 | 0869PL | | 0 | 3.17 |
| 80300228303. | 06/18/01 | 5100PL | | 0 | 3.17 |
| 80300228304. | 06/18/01 | 5100PL | | 0 | 1.58 |
| 80300228305. | 06/18/01 | 0869PL | | 0 | 1.58 |
| 80300228306. | 06/18/01 | 0869PL | | 0 | 4.68 |
| 80300228307. | 06/18/01 | 0869PL | | 0 | 10.90 |
| 80300228308. | 06/18/01 | 0869PL | | 0 | 13.06 |
| 80300228309. | 06/18/01 | 5100PL | | 0 | 2.16 |
| 80300228310. | 06/18/01 | 5100PL | | 0 | 4.79 |
| 80300228311. | 06/18/01 | 0869PL | | 0 | 3.01 |
| 80300228312. | 06/18/01 | 0869PL | | 0 | 3.01 |
| 80300228313. | 06/18/01 | 5100PL | | 0 | 3.23 |
| 80300228314. | 06/18/01 | 0869PL | | 0 | 15.56 |
| 80300228315. | 06/18/01 | 5100PL | | 0 | 14.20 |
| 80300228316. | 06/18/01 | 5100PL | | 0 | 33.17 |
| 80300228317. | 06/18/01 | 5100PL | | 0 | 7.66 |
| 80300228318. | 06/18/01 | 5100PL | | 0 | 1.20 |
| 80300228319. | 06/18/01 | 0869PL | | 0 | 6.88 |
| 80300228401. | 06/18/01 | 086900 | | 0 | -105.00 |
| 80300228402. | 06/18/01 | 6855XX | 3:01-OP-1 | 1 | 105.00 |

DIVISION TOTAL     0.00

FILED
SCRANTON
JUN 20 2001
PER _____ DEPUTY CLERK

Poto Powicz

1:01-749

$33.17

T2283-16