PTSLC

FILED
SCRANTON
JUL 27 2001
PER _____
    DEPUTY CLERK

(10)
86
7-30-01

```
07/26/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ        DATE       FUND      CASE NO          DEF                                    AMOUNT
*********************************************************************************************
                                                 SCRANTON
80300230601.   07/25/01   322350                                                             -54.66
80300260601.   07/25/01   6855XX    3:01-OP-1       1                                         54.66
80300260701.   07/25/01   6855XX    3:01-OP-1       1                                        -89.63
80300260702.   07/25/01   5100PL                    0                                          3.92
80300260703.   07/25/01   0869PL                    0                                          6.01
80300260704.   07/25/01   0869PL                    0                                          6.01
80300260705.   07/25/01   5100PL                    0                                         10.96
80300260706.   07/25/01   5100PL                    0                                         30.26
80300260707.   07/25/01   5100PL                    0                                         26.39
80300260708.   07/25/01   5100PL                    0                                          6.08
80300260801.   07/25/01   6855XX    3:01-OP-1       1                                       -149.44
80300260802.   07/25/01   0869PL                    0                                          2.83
80300260803.   07/25/01   5100PL                    0                                          4.27
80300260804.   07/25/01   5100PL                    0                                          4.26
80300260805.   07/25/01   0869PL                    0                                         12.00
80300260806.   07/25/01   0869PL                    0                                          3.29
80300260807.   07/25/01   5100PL                    0                                          1.14
80300260808.   07/25/01   0869PL                    0                                         12.35
80300260809.   07/25/01   0869PL                    0                                          6.33
80300260810.   07/25/01   5100PL                    0                                          2.47
80300260811.   07/25/01   0869PL                    0                                          2.47
80300260812.   07/25/01   5100PL                    0                                          7.63
80300260813.   07/25/01   0869PL                    0                                          5.44
80300260814.   07/25/01   5100PL                    0                                          6.09
80300260815.   07/25/01   0869PL                    0                                         11.39
80300260816.   07/25/01   5100PL                    0                                         18.24
80300260817.   07/25/01   0869PL                    0                                         25.31
80300260818.   07/25/01   5100PL                    0                                         11.66
80300260819.   07/25/01   0869PL                    0                                          8.00
80300260820.   07/25/01   6855XX    3:01-OP-1       1                                        -75.54
80300260901.   07/25/01   5100PL                    0                                          2.26
80300260902.   07/25/01   5100PL                    0                                          9.60
80300260903.   07/25/01   5100PL                    0                                          3.46
80300260904.   07/25/01   5100PL                    0                                          2.86
80300260905.   07/25/01   5100PL                    0                                         15.02
80300260906.   07/25/01   5100PL                    0                                         34.36
80300260907.   07/25/01   5100PL                    0                                          7.98
80300260908.   07/25/01   0869PL                    0                                          0
80300261001.   07/25/01   504100    3:99-CR-254-01  1                                        -25.00
80300261002.   07/25/01   6855XX    3:01-OP-1       1                                         25.00
                                                                   DIVISION TOTAL             0.00
```

T2608-L1   $18.24   1:01-749  Borpowicz