IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. POTOPOWICZ,<br>Plaintiff<br><br>v.<br><br>ROBERT MEYERS, Warden, et al.,<br>Defendants | CIVIL ACTION NO. 1:CV-01-0749<br><br>(Judge Rambo) |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failing to state a claim upon which relief may be granted.[1]

2. The Clerk of Court is directed to close this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and without probable cause.

SYLVIA H. RAMBO
United States District Judge

Dated: August 21, 2001.

---

1. The dismissal of this action does not relieve Potopowicz of the obligation to pay the full filing fee. Until the filing fee is paid in full, the Administrative Order, issued May 1, 2001, is binding on the warden of SCI-Rockview and the warden of any correctional facility to which Potopowicz may be transferred.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           August 21, 2001


Re:  1:01-cv-00749    Potopowicz v. Wheeler


True and correct copies of the attached were mailed by the clerk
to the following:


     Michael J. Potopowicz
     SCI at Rockview
     DS 8353
     P.O. Box A
     Bellefonte, PA   16823



cc:
Judge                          (X)              (X) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen    ( )   PA Atty Gen ( )
                                       DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )

                                             MARY E. D'ANDREA, Clerk


DATE: August 21st, 2001                  BY: _____
                                              Deputy Clerk
```