OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4927

pacer.ca3.uscourts.gov

September 12, 2001

**NOTICE OF DOCKETING OF APPEAL**

Potopowicz v. Wheeler

No(s): 01-cv-00749

(Honorable Sylvia H. Rambo)

FILED
HARRISBURG
SEP 1 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

An appeal by **Michael J. Potopowicz** was filed in the above-captioned case on 9/4/01, and docketed in this Court on 9/12/01, at No. **01-3481**.

Kindly use the Appeals Docket No. **01-3481** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk