INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

MICHAEL J. POTOPOWICZ         Dist. Ct. Docket # 1:01-CV-749
   Plaintiff/Appellant

                                  (Judge Sylvia H. Rambo)
   v.

                                  Ct. of Appeals Docket #_____

ROBERT MEYERS, et al.
   Defendants/Appellees

NOTICE OF APPEAL FILED 9/4/01     COURT REPORTERS: No
FILING FEE:
Notice of Appeal         ___ Paid   X  Not Paid   ___ Seaman
Docket Fee               ___ Paid   X  Not Paid   ___ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___ Private Attorney
___ Defender Association or Federal Public Defender
___ Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
 X  Motion Granted In First Instance
___ Denied (as moot)
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___ Granted
___ Denied
___ Pending

MOTIONS CURRENTLY PENDING :

COPIES TO:
Judge Sylvia H. Rambo              PRSLC Pitts
Michael Potopowicz, Plaintiff      File Copy


                                    Shawna L. Cihak
DATED: September 7, 2001          Deputy Clerk

Please return the enclosed copy of this letter as proof of receipt.

[RECEIVED SEP 10 2001 U.S.C.A. 3rd CIR.]

[FILED HARRISBURG SEP 17 2001 MARY E. D'ANDREA, CLERK Per_____ Deputy Clerk]