1:01-CV-749

PROOF OF SERVICE

DISTRICT COURT 2 COPYS

ONE OF 2

FILED SCRANTON OCT 03 2001 PER DEPUTY CLERK

I Michael Potopowicz, do hereby certify that I have served a copy of this affidavit upon the Attorney General of the State of Pennsylvania being Francis R. Filipi Esq, at, 15th Floor, Strawberry Square, Harrisburg, Pennsylvania, 17120, also a copy to the Third Circuit Court of Appeals, 601 Market Street, Philadelphia, Pennsylvania, 19106,

This date: September 27, 2001, Service by First Class Mail, Postage Prepaid.

Respectfully Submitted

s/

Date: September 27, 2001

Rockview State Prison
Box A
Bellefonte, PA 16823

11. Have you paid ____ Or will you be paying ____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

☐ Yes   ☐ No   If yes, how much? $ _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Jail keeps raising prices but not raising pay (Jail) there paying 4.85 per cable line and charging prisoners 15.45 I'm on Medical Idle pay I get 15.85 per mo. I cannot work I pay Court costs for civil case and Surcharge payments of 10.00 per mo to NJ DMV My Uncle Sends Money when he can sometimes 50.00 some times too. My spouse cannot afford to send any money and is in extreme debt because I'm in jail. Because of Mr Wheeler Warden & Dr Welp civil case. I'm indebt to my uncle for paying my taxes & bills & helping my spouse & family for 3 years and if I'm denied parole I will max out next year then I will owe 4 yr of bills & taxes to my uncle for helping us keep our home.

13. State the address of your legal residence.
66 Indian Country F7 *2)
Gouldsboro PA 18424) Now SCI Rockview

Your daytime telephone number: (52c) 676-3503

Your age: 30   Your years of Schooling: 10

Your social security number: 136-708179

I may be able to ask my Uncle for the $105.00 filing & appeal fee if so he will send it directly to the court if not I'll pay it in payments out of my account.

Rev: 3-23-99

7

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ 80.00 | $ 200.00 |
| Credit Card (name): VISA Master Card Discover | $ 0 | $ 200.00 MO |
| Department Store (name): Sears | $ | $ ? |
| Other: _____ | $ | $ |
| Alimony, maintenance and support paid to others | $ 80.00 | $ 0 |
| Regular expenses for operation of business or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ 380.00 | $ 650.00 |

( ↑ When not in jail. or winter oil + gas )   Because em in jail

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid ____ Or will you be paying ____ an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes   ☒ No   If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

_____

_____

_____

6

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | $ 0 | $ 0 |
| Are real estate taxed included? ☐ yes ☒ no | | |
| Is property insurance included? ☐ yes ☒ no | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 315.00 | $ 315.00 |
| Home maintenance (repairs and upkeep) | $ 50 | $ 50.00 |
| Food | $ 200 | $ 200 |
| Clothing | $ 50 | $ 50 |
| Laundry and dry-cleaning | $ 0 | $ ? |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 40 | $ 40 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 30 | $ 30 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 179. yr | $ 179.00 yr |
|   Homeowners or renters | $ 179.yr | $ 17.9 yr |
|   Life | $ | $ |
|   Health | $ | $ |
|   Motor Vehicle | $ ~~75.00~~ 0 | $ 70.00 |
|   Other: Property + School TAX- Credit Cards | $ 0 | $ 200.00 |
| Taxes (not deducted from wages or included in mortgage payments)(specify): School + property tax yearly | $ 800.00 | $ 800.00 |

5

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle # 1 | (Value) |
|---|---|---|---|---|---|
| 1971 Mobil+Lot | $23,500.00 | None | | Make & year: 1980 Chevrolet<br>Model: Camaro<br>Registration #: None | $500.00 |

| Motor Vehicle # 2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 1986 or 7 Ford<br>Model: Taurus Station Wagon<br>Registration #: N/A | $500.00 | None | | None | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Ann Marie Potopowicz | Daughter | 8 |
| Zachary Grchult | Son | 16 |
| Michael T Potopowicz | Son | 4 |

4

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | 15.00 prison role pa |
|  |  |  | 15.00 |
|  |  |  | 15.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | Unknown |
|  |  |  |  |
|  |  |  |  |



4. How much cash do you and your spouse have? $ 0

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Penn Security Bank | Checking | $ 0 | $ 100.00 |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

3

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 |
| Gifts | $ 50 to 100.00 | $ 50 to 100.00 |
| Alimony | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Public Assistance (such as welfare) | $ 0 | $ 0 |
| Other (specify): Uncle | $ 50 to 100.00 | $ 50 to 100.00 |
| Total monthly income | $ 50 to 100.00 | $ 50 to 100.00 |

2

Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the Middle of Pennsylvania

POTOPOWICZ, D.S. 8353

v.

Wheeler, et. al.,

D.C. Case No. 01-CV-00749

Third Cir. No. 01-3481

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: *Michael Potopowicz*

### Instructions

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: 9/20/2001

**My Issues on Appeal are:**

Violations of my Constitutional Rights under

The 8th. Amendment;

14th Amendment;

1st. Amendment;

A.D.A. Violations;

1

-2 D.S. 8353

PA. 16823



U.S. Court of Appeals
for the 3rd Circuit
21400 U.S. Court House
601 Market St.
Philadelphia, PA 19106-1790
Attn. Marcia M. Waldron

---

**UNITED STATES POSTAL SERVICE®** **POSTAL MONEY ORDER** 15-800 / 000

8670629238  010917  100016  *105*00

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CEN |

PAY TO: U.S. Court of appeals, 3rd Circuit
ADDRESS: 21400 US Court House, 601 Market St. Philadelphia, PA. 19106-1790
C.O.D. NO. OR USED FOR: Court #01-3481, civil #01-CV-00749

FROM: Michael Potopowicz DS. 8353
ADDRESS: Box A
Bellefonte, PA 16823

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800⑈  8670629238⑈



## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

      I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution
Ray Cingel
Accountant I

September 17, 2001
RE: DS8353 Michael Potopowicz

(Rev. 5/00).

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING        DATE   9/17/2001
REMOTE PRINT TIME 11:32              FROM PURGE FILE             PAGE         1

     INMATE    NAME
     NUMBER    LAST            FIRST          MI         STARTING BALANCE
     DS8353    POTOPOWICZ      MICHAEL        J                -4.06

 BATCH     DATE                                    TRANSACTION  BALANCE AFTER
   #     MO DY YEAR     TRANSACTION DESCRIPTION       AMOUNT     TRANSACTION

  9101   01-04-2001  34  RADIO/TV
                         BASIC CABLE TV AND HBO         -10.85       -14.91
  1809   01-08-2001  13  PERSONAL GIFT FROM
                         POTOPOWICZ, DENNIS  #E894888    50.00        35.09
  8009   01-09-2001  32  ROC COMMISSARY
                         FOR  1/09/2001                 -27.79         7.30
  1855   01-16-2001  37  POSTAGE
                         JANUARY                        -11.05        -3.75
  1859   01-16-2001  10  MAINTENANCE PAYROLL
                         DECEMBER WAGE 2000              17.40        13.65
  9102   02-01-2001  34  RADIO/TV
                         BASIC CABLE TV AND HBO         -10.85         2.80
  2066   02-12-2001  10  MAINTENANCE PAYROLL
                         JANUARY 2001 WAGES               8.76        11.56
  9103   03-01-2001  34  RADIO/TV
                         BASIC CABLE TV AND HBO         -10.85          .71

              BALANCE AFTER THESE TRANSACTIONS------>                   .71
```

```
PA,DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE  9/17/2001
REMOTE PRINT TIME 11:32              FROM PURGE FILE                  PAGE          1

        INMATE      NAME
        NUMBER      LAST               FIRST           MI        STARTING BALANCE
        DS8353      POTOPOWICZ         MICHAEL         J                     .71

BATCH     DATE                                            TRANSACTION  BALANCE AFTER
  #    MO DY YEAR       TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

9104   04-02-2001   34  RADIO/TV
                        BASIC CABLE TV AND HBO                -10.85         -10.14
2452   04-05-2001   37  POSTAGE
                        APRIL                                  -3.81         -13.95
2494   04-11-2001   13  PERSONAL GIFT FROM
                        POTOPOWICZ, D         #F309817         50.00          36.05
2516   04-12-2001   36  PRINTED MATERIALS
                        OWNER                                  -2.00          34.05
8106   04-16-2001   32  ROC COMMISSARY
                        FOR   4/17/2001                       -25.84           8.21
8107   04-17-2001   32  ROC COMMISSARY
                        FOR   4/17/2001                        -3.81           4.40
2556   04-19-2001   37  POSTAGE
                        APRIL                                  -1.39           3.01
2557   04-19-2001   38  INSIDE PURCHASES
                        LIBRARY COPIES - APRIL                 -2.90            .11
2608   04-27-2001   13  PERSONAL GIFT FROM
                        POTOPOWICZ, DENNIS    #F086632        100.00         100.11
8121   05-01-2001   32  ROC COMMISSARY
                        FOR   5/02/2001                       -24.34          75.77
2660   05-03-2001   36  PRINTED MATERIALS
                        JC WHITNEY                            -24.94          50.83
9105   05-03-2001   34  RADIO/TV
                        BASIC CABLE TV AND HBO                -10.85          39.98
2661   05-04-2001   37  POSTAGE
                        MAY                                    -5.15          34.83
2665   05-04-2001   14  MISCELLANEOUS
                        REFUND FEBRUARY CABLE SERVICE          10.85          45.68
2665   05-04-2001   14  MISCELLANEOUS
                        REFUND MARCH CABLE SERVICE             10.85          56.53
2672   05-07-2001   37  POSTAGE
                        MAY                                     -.97          55.56
2690   05-08-2001   39  LEGAL FEES
                        MIDDLE DISTRICT - INITIAL PYMT        -13.64          41.92
8128   05-08-2001   32  ROC COMMISSARY
                        FOR   5/08/2001                       -16.31          25.61
2728   05-14-2001   10  MAINTENANCE PAYROLL
                        WAGES    (APRIL)                       15.12          40.73
2739   05-15-2001   39  LEGAL FEES
                        MAY COURT PAYMENT                      -3.02          37.71
8135   05-15-2001   32  ROC COMMISSARY
                        FOR   5/15/2001                       -14.63          23.08
2755   05-16-2001   44  ORGANIZATIONAL
                        NATIVE AMERICAN DONATION               -5.00          18.08
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING       DATE   9/17/2001
REMOTE PRINT TIME 11:32              FROM PURGE FILE            PAGE         2

      INMATE      NAME
      NUMBER      LAST              FIRST            MI
      DS8353      POTOPOWICZ        MICHAEL          J

BATCH      DATE                                          TRANSACTION  BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

2776    05-18-2001  13  PERSONAL GIFT FROM
                        POTOPOWICZ, D       #F084280         100.00       118.08
8142    05-22-2001  32  ROC COMMISSARY
                        FOR  5/22/2001                       -22.39        95.69
2811    05-23-2001  36  PRINTED MATERIALS
                        AMERICAN IRON MAGAZINE               -19.95        75.74
2845    05-30-2001  37  POSTAGE
                        MAY                                   -3.95        71.79
8152    06-01-2001  32  ROC COMMISSARY
                        FOR  6/01/2001                       -36.46        35.33
9106    06-04-2001  34  RADIO/TV
                        BASIC CABLE TV AND HBO               -10.85        24.48
2894    06-05-2001  36  PRINTED MATERIALS
                        WAYNE COUNTY TAX OFFICE               -5.00        19.48
2939    06-11-2001  10  MAINTENANCE PAYROLL
                        WAGES    (MAY)                        15.84        35.32
2944    06-12-2001  13  PERSONAL GIFT FROM
                        POTOPOWICZ, D       #F089781          50.00        85.32
2947    06-12-2001  39  LEGAL FEES
                        JUNE COURT PYMT(1:01-CV-00749)       -33.17        52.15
8163    06-12-2001  32  ROC COMMISSARY
                        FOR  6/12/2001                       -17.56        34.59
2964    06-13-2001  44  ORGANIZATIONAL
                        JAYCEE ICE CREAM TICKETS             -20.00        14.59
2998    06-18-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES                        -1.20        13.39
2998    06-18-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES                         -.40        12.99
2998    06-18-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES                         -.40        12.59
8170    06-19-2001  32  ROC COMMISSARY
                        FOR  6/19/2001                       -12.53          .06

                        BALANCE AFTER THESE TRANSACTIONS------>              .06
```

```
PA. DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING            DATE   9/17/2001
REMOTE PRINT TIME 11:32                FROM ACTIVE FILE                PAGE         1

    INMATE      NAME
    NUMBER      LAST              FIRST            MI          STARTING BALANCE
    DS8353      POTOPOWICZ        MICHAEL          J                       .06
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 3104 | 07-02-2001 | 13 | PERSONAL GIFT FROM POTOPOWICZ, D    #F082720 | 100.00 | 100.06 |
| 9107 | 07-02-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 89.21 |
| 8184 | 07-03-2001 | 32 | ROC COMMISSARY FOR 7/05/2001 | -18.72 | 70.49 |
| 3124 | 07-05-2001 | 36 | PRINTED MATERIALS JC WHITNEY | -29.94 | 40.55 |
| 3124 | 07-05-2001 | 36 | PRINTED MATERIALS FOG HOLLOW 2001 CATALOG | -5.00 | 35.55 |
| 3130 | 07-06-2001 | 37 | POSTAGE JULY | -2.41 | 33.14 |
| 8191 | 07-10-2001 | 32 | ROC COMMISSARY FOR 7/10/2001 | -13.07 | 20.07 |
| 3186 | 07-13-2001 | 36 | PRINTED MATERIALS HARLEYSVILLE MOTORCYCLE CO. | -6.95 | 13.12 |
| 3194 | 07-16-2001 | 10 | MAINTENANCE PAYROLL JUNE WAGES | 15.12 | 28.24 |
| 3208 | 07-17-2001 | 39 | LEGAL FEES JULY COURT PYMT #1:01-CV-00749 | -18.24 | 10.00 |
| 3208 | 07-17-2001 | 39 | LEGAL FEES JULY COURT PYMT NJ-AISC | -10.00 | .00 |
| 3255 | 07-24-2001 | 13 | PERSONAL GIFT FROM POTOPOWICZ, D    #F567039 | 100.00 | 100.00 |
| 3272 | 07-25-2001 | 38 | INSIDE PURCHASES LIBRARY COPIES | -17.40 | 82.60 |
| 8207 | 07-26-2001 | 32 | ROC COMMISSARY FOR 7/27/2001 | -35.49 | 47.11 |
| 8214 | 08-02-2001 | 32 | ROC COMMISSARY FOR 8/02/2001 | -27.61 | 19.50 |
| 9108 | 08-02-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 8.65 |
| 3346 | 08-06-2001 | 37 | POSTAGE AUGUST | -2.41 | 6.24 |
| 8221 | 08-09-2001 | 32 | ROC COMMISSARY FOR 8/10/2001 | -5.77 | .47 |
| 3396 | 08-13-2001 | 10 | MAINTENANCE PAYROLL JULY WAGES 2001 | 15.12 | 15.59 |
| 3408 | 08-14-2001 | 39 | LEGAL FEES AUGUST COURT PAYMENT | -7.79 | 7.80 |
| 3408 | 08-14-2001 | 39 | LEGAL FEES AUGUST COURT PAYMENT | -7.80 | .00 |
| 3438 | 08-17-2001 | 41 | MEDICAL CO-PAY                  08-16-01 | -4.00 | -4.00 |

```
PA. DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING             DATE   9/17/2001
REMOTE PRINT TIME 11:32              FROM ACTIVE FILE                  PAGE        2

    INMATE      NAME
    NUMBER      LAST                FIRST              MI
    DS8353      POTOPOWICZ          MICHAEL            J

BATCH       DATE                                               TRANSACTION  BALANCE AFTER
  #       MO DY YEAR       TRANSACTION DESCRIPTION                AMOUNT     TRANSACTION

 3461    08-21-2001    13  PERSONAL GIFT FROM
                           DENNIS POTOPOWICZ     #331678           60.00         56.00
 3463    08-21-2001    38  INSIDE PURCHASES
                           LIBRARY COPIES                           -.40         55.60
 8235    08-23-2001    32  ROC COMMISSARY
                           FOR  8/23/2001                         -25.98         29.62
 3488    08-24-2001    37  POSTAGE
                           AUGUST                                  -3.50         26.12
 3517    08-29-2001    36  PRINTED MATERIALS
                           MC WATEHOUSE                            -5.00         21.12
 3517    08-29-2001    36  PRINTED MATERIALS
                           EASY RIDERS ROADWARE                    -5.00         16.12
 3517    08-29-2001    36  PRINTED MATERIALS
                           USA TWINS                               -7.95          8.17
 8242    08-30-2001    32  ROC COMMISSARY
                           FOR  8/30/2001                          -6.79          1.38
 3540    09-04-2001    13  PERSONAL GIFT FROM
                           POTOPOWICZ, D         #F568445           50.00         51.38
 3564    09-06-2001    38  INSIDE PURCHASES
                           LIBRARY COPIES (8/22)                   -6.20         45.18
 8249    09-06-2001    32  ROC COMMISSARY
                           FOR  9/06/2001                         -33.78         11.40
 9109    09-06-2001    34  RADIO/TV
                           BASIC CABLE TV AND HBO                 -15.25         -3.85
 3630    09-17-2001    10  MAINTENANCE PAYROLL
                           AUGUST WAGES 2001                       16.56         12.71

                        BALANCE AFTER THESE TRANSACTIONS------>                  12.71
```