October 4, 2001 :

FILED
SCRANTON

OCT 1 0 2001

PER _____
DEPUTY CLERK



Office of the Clerk of Court          Michael Potopowicz, DS-8353
United States District Court          Rockview State Prison
Middle District of Pennsylvania       Box A
P.O. Box 1148,                        Bellefonte, Pennsylvania
235 N. Washington Avenue                      16823-0820
Scranton, Pennsylvania
        18501-1148

In Re: Potopowicz v. Meyers, et al., No. CV-01 749 :

Dear Clerk of Court :

Please take a look at the attached documents, take a good look at page (2) which states ORDER dated August 21, 2001.

Now is that ORDER a FINAL ORDER or NOT ????

If it is not a final order, when can I expect to receive a final order on my law suit of Potopowicz v. Myers, et al., supra., in your court ??

Please be so kind as to send me a FINAL ORDER at your earliest possible convience, to enable me to file a timely appeal to the Third Circuit Court of Appeals.

Please enter this document in your court docket, as evidence that I do wish to appeal this case to the Third Circuit Court of Appeals as your court issues a final order on my law suit, supra.

Please Advise & Thank You;
Sincerely,

s/ _Michael Potopowicz_
    Michael Potopowicz

*Final Order*

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

MICHAEL J. POTOPOWICZ
    Plaintiff/Appellant

Dist. Ct. Docket # 1:01-CV-749

(Judge Sylvia H. Rambo)

v.

Ct. of Appeals Docket #_____

ROBERT MEYERS, et al.
    Defendants/Appellees

NOTICE OF APPEAL FILED 9/4/01   COURT REPORTERS: No
FILING FEE:
Notice of Appeal    ____ Paid  _X_ Not Paid  ____ Seaman
Docket Fee    ____ Paid  _X_ Not Paid  ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_ Motion Granted In First Instance
____Denied (as moot)
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
____Granted
____Denied
____Pending

MOTIONS CURRENTLY PENDING :

COPIES TO:
Judge Sylvia H. Rambo        PRSLC Pitts
✓Michael Potopowicz, Plaintiff    File Copy

Shawna L. Cihak
DATED: September 7, 2001        Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. POTOPOWICZ<br>Plaintiff<br><br>V.<br><br>ROBERT MEYERS, et al., | CIVIL ACTION NO. 1:CV-01-0749<br><br><br><br>(Judge Rambo). |

FILED
HARRISBURG, PA
SEP 4 2001
MARY E. D'ANDREA, CLERK
Per _____

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the above plaintiff appeals to the United States Court of Appeals for the Third Circuit from the ORDER entered August 21, 2001, dismissing plaintiff's pro se 42 U.S.C. 1983 civil action law suit.

Respectfully Submitted,

Date: August 30, 2001:

s/ Michael Potopowicz

Michael Potopowicz
DS-8353
Rockview State Prison
Box A.
Bellefonte, Pennsylvania
16823-0820

Also Note: Final Order of Court Attached:
CC: Third Circuit Court of Appeals:

(1)

Certified from the record
Date 9-7-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL J. POTOPOWICZ,** | CIVIL ACTION NO. 1:CV-01-0749 |
| Plaintiff | |
| v. | |
| **ROBERT MEYERS, Warden, et al.,** | (Judge Rambo) |
| Defendants | |

FILED
HARRISBURG, PA
AUG 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

In accordance with the accompanying memorandum, IT IS **HEREBY ORDERED THAT:**

1. The complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failing to state a claim upon which relief may be granted.[1]

2. The Clerk of Court is directed to close this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and without probable cause.

SYLVIA H. RAMBO
United States District Judge

Dated: August 21, 2001.

---

1. The dismissal of this action does not relieve Potopowicz of the obligation to pay the full filing fee. Until the filing fee is paid in full, the Administrative Order, issued May 1, 2001, is binding on the warden of SCI-Rockview and the warden of any correctional facility to which Potopowicz may be transferred.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL J. POTOPOWICZ     :     CIVIL ACTION NO. 1:CV-01-.749
    Plaintiff     :
                         :
    V.     :
                         :
ROBERT MEYERS, et al.,     :     (Judge Rambo)

## PROOF OF SERVICE

I, hereby certify that (1) one copy of the foregoing was served upon the person at the address set forth below by means of first class United States Mail, postage prepaid;

    Mike Fisher, Attorney General of Pennsylvania
    Office of the Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, Pennsylvania
            17120

Also Note : Copy also sent to the Third Circuit Court of Appeals.

Dated: August 30, 2001:                    Respectfully Submitted,

                                                  s/ *Michael J. Potopowicz*
                                                    Michael J. Potopowicz
                                                    DS-8353
                                                    Rockview State Prison
                                                    Box A
                                                    Bellefonte, Pennsylvania
                                                         16823-0820