1:01 cv 0749

(20)
Km
10/25/01

```
Wed Oct  3 15:28:14 2001

    UNITED STATES DISTRICT COURT
       SCRANTON      , PA

Receipt No.   333 85392
Cashier          rich

Tender Type  MONEY ORDER
M.O. Number: 03061795667

Transaction Type   N

DO Code    Div No     Acct
 4667        3       086900

Amount            $   105.00

MICHAEL J. POTOPOWICZ DS 8353 PO BOX
A BELLEFONTE, PA 16823

APPEAL FILING FEE 01-CV-749



cn

Wed Oct  3 15:28:14 2001

M. O. No. 03061795667
Amount$  105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```