```
10/24/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1

TRNS-ADJ         DATE        FUND      CASE NO        DEF    AMOUNT
*************************************************************************************
                                       SCRANTON
8030026800l.    10/23/01    504100                     0     -35.00
8030026800Z.    10/23/01    322360                     0      35.00
803002681Ol.    10/23/01    6855XX    3:01-OP-1        1    -112.30
8030026810Z.    10/23/01    5100PL                     0       2.40
8030026810З.    10/23/01    0869PL                     0       2.40
803002681O4.    10/23/01    5100PL                     0      17.08
8030026810S.    10/23/01    0869PL                     0       2.47
8030026810б.    10/23/01    5100PL                     0       2.47
803002681O7.    10/23/01    0869PL                     0       4.10
8030026810B.    10/23/01    5100PL                     0      12.77
803002681O9.    10/23/01    0869PL                     0       7.77
803002681lO.    10/23/01    5100PL                     0      30.11
80300268111.    10/23/01    0869PL                     0       9.28
803002681l2.    10/23/01    5100PL                     0      12.00
803002681l3.    10/23/01    5100PL                     0       7.05
803002681l4.    10/23/01    6855XX    3:01-OP-1        1     -20.56
8030026820l.    10/23/01    5100PL                     0       8.00
8030026820Z.    10/23/01    0869PL                     0      12.56
803002683Ol.    10/23/01    086900                     0      -5.00
803002683O2.    10/23/01    6855XX    3:01-OP-1        1       5.00

                                                    DIVISION TOTAL    0.00
```

T 2681-10&11      $37.88      1:01-749      Popopowicz

FILED SCRANTON OCT 24 2001 PER _____ DEPUTY CLERK