1:01cv0749

(22)
KM 11/23/01

./27/01                     TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

NS-ADJ         DATE       FUND      CASE NO        DEF        AMOUNT
*********************************************************************************

                                    SCRANTON

300270801.    11/23/01    6855XX    3:01-OP-1      1           -51.08
300270802.    11/23/01    5100PL                   0             6.74
300270803.    11/23/01    0869PL                   0            10.78
300270804.    11/23/01    0869PL                   0             3.65
300270805.    11/23/01    0869PL                   0            24.97
300270806.    11/23/01    5100PL                   0             3.02
300270807.    11/23/01    0869PL                   0             1.92
300270901.    11/23/01    6855XX    3:01-OP-1      1          -112.24
300270902.    11/23/01    5100PL                   0             1.58
300270903.    11/23/01    5100PL                   0             1.58
300270904.    11/23/01    0869PL                   0             0.79
300270905.    11/23/01    5100PL                   0            16.22
300270906.    11/23/01    5100PL                   0             0.86
300270907.    11/23/01    5100PL                   0             2.61
300270908.    11/23/01    0869PL                   0             5.24
300270909.    11/23/01    0869PL                   0             2.96
300270910.    11/23/01    0869PL                   0             2.96
300270911.    11/23/01    5100PL                   0             7.61
300270912.    11/23/01    5100PL                   0            18.78
300270913.    11/23/01    0869PL                   0            23.17
300270914.    11/23/01    5100PL                   0            10.21
300270915.    11/23/01    5100PL                   0             6.86
300270916.    11/23/01    5100PL                   0             2.28
300270917.    11/23/01    5100PL                   0             8.53

                                              DIVISION TOTAL    0.00

FILED
SCRANTON
NOV 27 2001
PER _____ DEPUTY CLERK

T2709-13   $23.17   1:01- 749   Potopowicz