5/22/02  24
5-19-02

Dear Mary Dandrea

Hello. I reviewed the informal brief from the US
Court of appeals. they Stated I Must Send with
My brief a copy of the Docket Entries, I do not
have them they were never issued to Me so Im
Writing to have you Send them ASAP. I have
less then 30 days to prepare My brief Make copies
and return it to the Court of appeals.

    please Send them ASAP

        Thank you

    Sincerly

        Michael Potoromic
        PO Box A-DS8353
        Bellefonte PA 16823-0820

Case No's
1:01-CV00749
1:01-CV-2446
Docket Entries

FILED
SCRANTON

MAY 22 2002

PER _____
DEPUTY CLERK