OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148



MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-63...

June 11, 2002

FILED
SCRANTON
JUN 11 2002

PER _____
DEPUTY CLERK

Mr. Michael Potopowicz
DS-8353
Box A
Bellefonte, PA 16823

    Re:  <u>Potopowicz v. Meyers, et al.</u>, Civil No. 1:CV-01-0749
         <u>Potopowicz v. Meyers, et al.</u>, Civil No. 1:CV-01-2446

Dear Mr. Potopowicz:

    In response to your recent request, enclosed you will find current docket sheets for the two cases referenced above.

                                Sincerely,

                                Lois A. Fuller
                                Pro Se Writ Clerk

laf
Enclosures