OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |

____Harrisburg____  Clerk of District Court          Date____6/30/03____
(District)

____Potopowicz v. Wheeler____                     C. of A. No. ____01-3481____
(Caption)

____Michael J. Potopowicz____
(Appellant)

____01-cv-0749____
(D.C. No.)

Enclosures:

____6/30/03_____Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

*____XXXX____   Record

*____XXXX____   Supplemental Record (**First**) (Second) (Third)

*_____    Exhibits

*_____    State Court Record

____XXXX____   Copy of this form to acknowledge receipt and return to C. of A.

_____    Record not returned at this time until appeal(s) closed at No.(s)_____

_____    Please forward Record to this office.

_____    The certified copy of order issued as the mandate on_____
               is recalled.

                                  _Dana Moore_          (267)-299-__4927__
                                   Deputy Clerk         Telephone Number

                            *_____  (267)-299-_____
                                  Record Processor       Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
Rev. 3/13/00
Appeals (Record)

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3481

Potopowicz

vs.

Wheeler, et al.

Michael J. Potopowicz, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00749)

FILED
HARRISBURG, PA

JUL 0 1 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

_Marcia M. Waldron_

Clerk

Date: June 30, 2003

cc:    Mr. Michael J. Potopowicz